IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

THEODORE ROBINSON,                          )
                                            )
        Petitioner,                         )
                                            )
    vs.                                     )    Case No. 3:25-CV-00507-SLH
                                            )    STEPHANIE L. HAINES
ATTORNEY GENERAL PAMELA BONDI,              )    UNITED STATES DISTRICT JUDGE
*Attorney General, U.S. Department of*      )
*Justice, et al.,*                          )
                                            )
        Respondents.                        )

## ORDER OF COURT:

AND NOW, this 2nd day of June 2026, upon consideration of the Government's Notice at ECF No. 22, IT IS HEREBY ORDERED that: (1) the Court will continue to HOLD IN ABEYANCE the Report and Recommendation at ECF No. 14; (2) as soon as is feasible, the Government shall provide to the Court "the form memorializing [Petitioner's removal from the country] (I-205)[,]" (ECF No. 22 at 1); and (3) until the Government provides that form to the Court, the Government shall provide the Court with a Status Update every thirty days, beginning on **July 2, 2026**.

BY THE COURT:

*Stephanie L. Haines* (signature)

STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE

1